FILED IN OPEN COURT
4/18/13
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

THELMA AYCOCK, as personal representative of the ESTATE OF RICHARD AYCOCK,

    Plaintiff,

v.

R.J. REYNOLDS TOBACCO CO.,

    Defendant.

3:09-cv-10928-J-37JBT

**VERDICT**

_____

**We, the jury, return the following unanimous verdict:**

1. Was lung cancer caused by cigarette smoking a legal cause of Richard Aycock's death?

    YES __✓__    NO _____

*If your answer to Question 1 is "NO," please do not answer the remaining questions. Please sign and date this Verdict Form and return it to the Courtroom. If your answer to Question 1 is "YES," please answer Question 2.*

2. Was Richard Aycock addicted to cigarettes containing nicotine?

    YES __✓__    NO _____

*If your answer to Question 2 is "NO," please do not answer the remaining questions. Please sign and date this Verdict Form and return it to the Courtroom. If your answer to Question 2 is "YES," please answer Question 3.*

3. Was Richard Aycock's addiction to cigarettes containing nicotine a legal cause of his death?

   YES ✓   NO _____

*If your answer to Question 3 is "NO," please do not answer the remaining questions. Please sign and date this Verdict Form and return it to the Courtroom. If your answer to Question 3 is "YES", please continue to Question 4.*

4. Was smoking cigarettes manufactured by Reynolds a legal cause of Richard Aycock's death?

   YES ✓   NO _____

5. Did Richard Aycock rely to his detriment on Reynolds's concealment or omission of material information on or after May 5, 1982 concerning the health effects or addictive nature of smoking cigarettes?

   YES _____   NO ✓

*If your answer to Question 5 is "NO," please skip Question 6 and proceed to Question 7.*

6. Was the reliance a legal cause of Richard Aycock's death?

   YES _____   NO _____

7. Did Richard Aycock rely to his detriment on an act taken on or after May 5, 1982 in furtherance of Reynolds's agreement to conceal or omit material information concerning the health effects or addictive nature of cigarettes?

   YES _____     NO __✓__

*If your answer to Question 7 is "NO," skip Question 8 and proceed as instructed before Question 9.*

8. Was the reliance a legal cause of Richard Aycock's death?

   YES _____     NO _____

*If, for Questions 4, 6, and 8, you either answered "NO" or did not answer, please do not answer the remaining questions. Please sign and date this Verdict Form and return it to the Courtroom. If you answered "YES" to any of Questions 4, 6, and 8, please answer Question 9.*

9. What percentage of responsibility that was a legal cause of Richard Aycock's death do you allocate to the parties?

   Richard Aycock    27.5 %
   Reynolds          72.5 %

   **Total must be 100%**

3

10. State the total amount (100%) of the damages you find for Thelma Aycock's loss of support and services, loss of companionship and protection, and her mental pain and suffering, as a result of her husband's lung cancer and death?

$ 5,900,000

*In answering Question 10, you must not make any reductions or allocations based on the percentages of responsibility you attributed to the parties in Question 9. The Court will enter a judgment based on your verdict and on entering judgment will, as required by law, apply those percentages of fault, if any, that you find chargeable to the parties.*

11. If you answered "YES" to Questions 6 or 8, do you find by clear and convincing evidence that punitive damages are warranted against Reynolds under the circumstances of this case?

    YES _____         NO _____

SO SAY WE ALL.

DATED: 18 April 2013

_____
FOREPERSON